UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   ERIC DEMOND GARNETT                         CASE NO. 20-10543
   ELIZABETH HUTCHINS GARNETT           JUDGE BENJAMIN A. KAHN
   2103 RICHARDSON DRIVE
   REIDSVILLE, NC  27320

       DEBTORS

SSN(1) XXX-XX-3251     SSN(2) XXX-XX-0832         DATE: 02/09/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| CAPITAL ONE<br>P O BOX 30285<br>SALT LAKE CITY, UT  84130-0285 | $0.00<br>INT: .00%<br>NAME ID: 61940<br>CLAIM #: 0009 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 6554<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $2,412.37<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0010 | | (U) UNSECURED<br><br>ACCT: 9419<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $788.18<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0011 | | (U) UNSECURED<br><br>ACCT: 2194<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $4,131.92<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0012 | | (U) UNSECURED<br><br>ACCT: 8247<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $953.02<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0013 | | (U) UNSECURED<br><br>ACCT: 1652<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,281.37<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 5752<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #: 0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT: UNTS<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #: 0016 | | (U) UNSECURED<br>NOT FILED<br>ACCT: UNTS<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CVI SGP ACQUISITION TRUST<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,019.80<br>INT:  .00%<br>NAME ID: 181776<br>CLAIM #:  0021 | (U) UNSECURED<br><br>ACCT: 7476<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $10,767.04<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0001 | (P) PRIORITY<br><br>ACCT: 3251<br>COMMENT: 1220A,720A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $4,554.28<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0022 | (U) UNSECURED<br><br>ACCT: 3251<br>COMMENT: 1220A,720A |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,787.18<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #:  0028 | (U) UNSECURED<br><br>ACCT: 3029<br>COMMENT: 820TFCL |
| LOCAL GOV'T CREDIT UNION<br>P O DRAWER 25279<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID: 36872<br>CLAIM #:  0004 | (S) SECURED<br>DIRECT PAY<br>ACCT: 7590<br>COMMENT:  DT RERP,DIR |
| LOCAL GOV'T CREDIT UNION<br>P O DRAWER 25279<br>RALEIGH, NC  27611 | $10,054.91<br>INT:  5.25%<br>NAME ID: 36872<br>CLAIM #:  0005 | (V) VEHICLE-SECURED<br><br>ACCT: 7507<br>COMMENT:  11FORD,820A,820A |
| LOCAL GOV'T CREDIT UNION<br>P O DRAWER 25279<br>RALEIGH, NC  27611 | $13,927.50<br>INT:  5.25%<br>NAME ID: 36872<br>CLAIM #:  0006 | (V) VEHICLE-SECURED<br><br>ACCT: 7505<br>COMMENT:  17FORD,820A |
| LOCAL GOV'T CREDIT UNION<br>P O DRAWER 25279<br>RALEIGH, NC  27611 | $15,130.78<br>INT:  .00%<br>NAME ID: 36872<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT: 7553<br>COMMENT: |
| LOCAL GOV'T CREDIT UNION<br>P O DRAWER 25279<br>RALEIGH, NC  27611 | $2,063.49<br>INT:  .00%<br>NAME ID: 36872<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 7505<br>COMMENT:  820A |
| LOCAL GOV'T CREDIT UNION<br>P O DRAWER 25279<br>RALEIGH, NC  27611 | $7,687.86<br>INT:  .00%<br>NAME ID: 36872<br>CLAIM #:  0023 | (U) UNSECURED<br><br>ACCT: 3040<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $778.51<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0017 | (U) UNSECURED<br><br>ACCT: 6908<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,036.22<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0018 | (U) UNSECURED<br><br>ACCT: 1899<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---|---|---|---|
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $667.08<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0019 | | (U) UNSECURED<br><br>ACCT: 3669<br>COMMENT: | |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $1,385.94<br>INT:  .00%<br>NAME ID: 149311<br>CLAIM #:  0024 | | (U) UNSECURED<br><br>ACCT: 3586<br>COMMENT: | |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $1,497.67<br>INT:  .00%<br>NAME ID: 149311<br>CLAIM #:  0025 | | (U) UNSECURED<br><br>ACCT: 3625<br>COMMENT: | |
| MARY RICH<br>216 MAGNOLIA DR<br>REIDSVILLE, NC  27320 | $0.00<br>INT:  .00%<br>NAME ID: 182541<br>CLAIM #:  0026 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $1,622.46<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0002 | | (P) PRIORITY<br><br>ACCT: 3251<br>COMMENT:  OC | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $1,972.91<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0027 | | (U) UNSECURED<br><br>ACCT: 3251<br>COMMENT: | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,001.09<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0030 | | (U) UNSECURED<br><br>ACCT: 6675<br>COMMENT:  ROOMS TO GO | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $4,280.82<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0031 | | (U) UNSECURED<br><br>ACCT: 0694<br>COMMENT: | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,408.25<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0032 | | (U) UNSECURED<br><br>ACCT: 7855<br>COMMENT:  ROOMS TO GO | |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | $1,143.93<br>INT:  .00%<br>NAME ID: 132258<br>CLAIM #:  0035 | | (U) UNSECURED<br><br>ACCT: 3372<br>COMMENT: | |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT:  .00%<br>NAME ID: 174473<br>CLAIM #:  0034 | | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: | |
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT:  .00%<br>NAME ID: 877<br>CLAIM #:  0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: | |

PAGE 4  -  CHAPTER 13 CASE NO. 20-10543

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ROYALTY FINANCE<br>1558 C FREEWAY DR<br>REIDSVILLE, NC  27320 | $0.00<br>INT: .00%<br>NAME ID: 158791<br>CLAIM #: 0029 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| US BANK NA DBA ELAN FINANCIAL<br>P O BOX 5227<br>CINCINNATI, OH  45201-5227 | $958.27<br>INT: .00%<br>NAME ID: 170955<br>CLAIM #: 0020 | (U) UNSECURED<br><br>ACCT: 1519<br>COMMENT: |
| WELLS FARGO BANK NA<br>% WELLS FARGO CARD SERVICES<br>P O BOX 9210<br>DES MOINES, IA  50306 | $3,113.20<br>INT: .00%<br>NAME ID: 43374<br>CLAIM #: 0033 | (U) UNSECURED<br><br>ACCT: 3712<br>COMMENT: |
| **TOTAL:** | **$100,478.05** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>   Clerk, U.S. Bankruptcy Court
>   101 S. Edgeworth Street
>   P.O. Box 26100
>   Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  02/09/2020                                         OFFICE OF THE CHAPTER 13 TRUSTEE

>                   By:  /s/  Gayle McFarland
>                        Clerk
>                        Chapter 13 Office
>                        500 W FRIENDLY AVE STE 200
>                        P O BOX 1720
>                        GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice